## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLA SMITH, | : | CIVIL ACTION NO.: 20-0729 |
| *Plaintiff,* | : | |
| v. | : | |
| | : | |
| JOHN HANCOCK LIFE INSURANCE | : | |
| COMPANY USA, | : | |
| *Defendant.* | : | Honorable John M. Gallagher |
| | : | **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

It is hereby **STIPULATED AND AGREED**, by and between counsel for the Plaintiff, Jamie L. Ford, Esquire and counsel for the Defendant, Lynn A. Kappelman, Esquire, that this action is dismissed with prejudice pursuant to Rule 41(a), with all parties to bear their own fees and costs.

**Sidney L. Gold & Assoc., P.C.**                    **Seyfarth Shaw, LLP**

By:   /s/ Jamie L. Ford                              By:   /s/ Lynn A. Kappelman
       Jamie L. Ford, Esquire                              Lynn A. Kappelman, Esquire
       1835 Market Street, Suite 515                       2 Seaport Lane, #300
       Philadelphia, PA 19103                              Boston, MA 02210
       (215) 569-1999                                      (617) 946-4888
       **Attorney for Plaintiff**                          **Attorney for Defendant**

Dated:  January 5, 2021

**SO ORDERED:**

Date:  01/05/2021                                         /s/ John M. Gallagher
                                                          **Honorable John M. Gallagher**